NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL J. CUTINO,**
*Appellant,*

**v.**

**NIGHTLIFE MEDIA, INC.,**
*Appellee.*

---

2013-1541

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in Opposition No. 91186025.

---

**ON MOTION**

---

**O R D E R**

Michael J. Cutino moves to file a supplemental brief and exhibits.  Nightlife Media, Inc. moves to strike Mr. Cutino's supplemental brief and exhibits.

Upon consideration thereof,

2                           CUTINO v. NIGHTLIFE MEDIA, INC.


IT IS ORDERED THAT:

The motions are deferred to the merits panel assigned to hear this case.  Copies of this order and the motions papers shall be transmitted to the panel.


FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30